# United States District Court

DISTRICT OF

RICHARD TURCHETTA

V.

BRINK'S, INCORPORATED

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 022 ML

TO: (Name and address of defendant)

BRINK'S, INCORPORATED
REGISTERED AGENT:
ct corporation
10 WEYBOSSET STREET
PROVIDENCE, RI ) 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING 272-8250
305 SOUTH MAIN STREET
PROVIDENCE RHODE ISLAND 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time afte- service.

CLERK

Francis P. McEvoy

(BY) DEPUTY CLERK

DATE 1/21/05

2

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2-2-05 10 10 AM |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Fed'l Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other *(specify)*: Served AFS Ct Corporation for Brinks Inc (Linda Persson)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-2-05
*Date*

Edwin J Semper Jr
*Signature of Server*

29 Mathew Rd Johnston RI
*Address of Server*

FILED
2005 FEB -4 P 12:26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.