UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD TURCHETTA<br>Plaintiff, | : | |
| v. | : | C.A. No. 2005-022ML |
| BRINK'S INCORPORATED<br>Defendant, | : | |

**ENTRY OF APPEARANCE**

Now come Kristin E. Rodgers and Mary C. Dunn and hereby enter their appearance on behalf of Defendant, Brink's Incorporated.

BRINK'S INCORPORATED,

By their attorneys,

Kristin E. Rodgers
Mary C. Dunn (by ker)

Kristin E. Rodgers #4842
Mary C. Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 18th day of February 2005, I caused a true copy of the within Entry of Appearance to be sent via first-class mail, post prepaid, to

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Cynthia Dragon

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542