UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD TURCHETTA

vs. C.A. NO. 05-22ML

BRINK'S INCORPORATED

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
February 23 , 2005

Entered as an Order of this Court on February 24 , 2005.

Barbara Barletta
Deputy Clerk

4