UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD TURCHETTA<br>Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 2005-022ML |
| | : | |
| BRINK'S INCORPORATED<br>Defendant, | : | |

**STIPULATION**

Defendant, Brink's Incorporated and plaintiff, Richard Turchetta, by and through their counsel, hereby agree that Brink's Incorporated may up to and including March 1, 2005 to answer or otherwise respond to plaintiff's Complaint.

RICHARD TURCHETTA

By his attorney,

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250
Facsimile: (401) 272-4520

BRINK'S INCORPORATED,

By their attorneys,

Kristin E. Rodgers #4842
Mary C. Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

RECEIVED
FEB 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

5