UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RICHARD TURCHETTA<br>Plaintiff, | : | |
| v. | : | C.A. No. 2005-022ML |
| BRINK'S INCORPORATED<br>Defendant, | : | |

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Defendant Brink's, Incorporated, hereby moves that JAMES E. KELLETT, ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes:
- ☒ *Pro hac vice* counsel's long-standing representation of the client, Brink's, Incorporated, including service as nationwide labor and employment counsel of Brink's, Incorporated
- ☐ The local trial bar lacks experience in the field of:
- ☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

7

☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

☐ Other:____________________________________

In support hereof, Defendant relies upon the accompanying Declaration of James E. Kellett, Esq.

By: __________________________
Attorney for Defendant

Kristin E. Rodgers #4842
Mary C. Dunn #6712
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401 ) 751-7542

---

ORDER: This Motion is hereby ______________________

________________________________
United States District Judge
Date: ________________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of March, 2005, I caused a true copy of the within Motion for Admission Pro Hac Vice to be sent via first-class mail, post prepaid, to Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903.

Christine M. Lombard

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **RICHARD TURCHETTA,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2005-022 ML** |
| **vs.** | |
| **BRINK'S, INCORPORATED,** | |
| **Defendant.** | |

**DECLARATION OF JAMES E. KELLETT IN SUPPORT OF DEFENDANT BRINK'S, INCORPORATED'S APPLICATION FOR ADMISSION PRO HAC VICE**

**JAMES E. KELLETT**, being duly sworn, deposes and says:

1. I am a member of the firm of King, Pagano & Harrison, 425 Park Avenue, New York, New York 10022; telephone (212) 223-4000. I submit this Declaration in support of Defendant Brink's, Incorporated's Application for my admission *pro hac vice* in the above-captioned matter.

2. I reside at 525 East 82nd Street, New York, New York 10028. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Rhode Island.

3. I am admitted to, and am a member in good standing with the Bars of the States of New York (1989) and New Jersey (1988). I am also admitted to practice before the United States Supreme Court, United States District Court for the Southern (1989), Eastern (1989), and Western (1998) Districts of New York, the United States District Court for the District of New Jersey (1988), the United States District Court for the Northern (1997), Southern (2004) and Central (2002) Districts of Illinois, United States District Court for the Southern District of Indiana (2004) and the United States Court of Appeals for the First (2004), Second (2000), Sixth (2001) and Ninth Circuits (1997).

4. For approximately seventeen (17) years, I have concentrated in the field of labor and employment law. For the last fourteen (14) of those years, I have acted as national labor and employment counsel for Brink's, Incorporated ("Brink's"), a Delaware corporation, the Defendant in this action. As a result of my lengthy relationship with Brink's, I have gained extensive knowledge of Brink's operations, policies, procedures and personnel that will effectuate the orderly disposition of this matter whether it be discovery or trial. As a result of the importance of the employment issues raised in this proceeding, Defendant has requested that I assume direct responsibility of this matter.

5. I am not currently suspended or disbarred in any court nor have I ever been the subject of any disciplinary proceedings.

6. I am and will at all times remain familiar with and abide by the Local Rules of this Court and the Standards of Professional Conduct applicable to the State of Rhode Island.

I certify and declare under penalty of perjury under the laws of the United States of America and the State of Rhode Island that the foregoing is true and correct.

Dated: March 1, 2005
New York, New York

James E. Kellett

6636