**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **RICHARD TURCHETTA,** Plaintiff, vs. **BRINK'S, INCORPORATED,** Defendant. | **CIVIL ACTION NO. 2005-022 ML** |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant Brink's, Incorporated, hereby moves that STAFFORD A. WOODLEY, JR., ESQ. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which *pro hac vice* counsel specializes:

- ■ *Pro hac vice* counsel's long-standing representation of the client, Brink's, Incorporated, including service as nationwide labor and employment counsel of Brink's, Incorporated

- ☐ The local trial bar lacks experience in the field of:

- ☐ The case involves complex legal questions under the of a foreign jurisdiction with which *pro hac vice* counsel is familiar, specifically:

- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

- ☐ It is a criminal case, and *pro hac vice* counsel is defendant's counsel of choice.

- ☐ Other: ________________________________________

Brink's, Incorporated

By its Attorneys,

Kristin E. Rodgers / Mary C. Dunn

Kristin E. Rodgers #4842
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: July 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2005, I mailed a true copy the foregoing Motion For Entry Of Appearance Pro Hac Vice to:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Kristin E. Rodgers

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

1. I hereby certify that I am a member in good standing of the bar of: the State of New York; the United States District Courts for the Southern and Eastern Districts of New York, and that my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or any other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, and I acknowledge and agree to observe and to be bound by, the Local Rules and Orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local associate counsel identified below, and I have read Local Rule 5, acknowledged, and will observe the requirements of it respecting the participation of local associate counsel, recognizing that failure to do so may

result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

---

I certify that I have read and join in the foregoing Motion, and I acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Stafford A. Woodley, Jr.
King, Pagano & Harrison
75 Rockefeller Plaza
15 West 51st Street
New York, New York 10019
(212) 223-4000
(212) 223-4134 (fax)

Kristin E. Rodgers #4842
Mary Cavanagh Dunn#6712
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

---

ORDER:

This Motion is hereby ____________________

______________________________
United States District Judge

Date: ______________________________

**CERTIFICATION**

I hereby certify that on the 6th day of July, 2005, I caused a copy of the within Certification to be mailed, postage prepaid, to the following counsel of record:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

_______________________

9059