UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD TURCHETTA,

Plaintiff,

vs.

BRINK'S, INCORPORATED,

Defendant.

CIVIL ACTION NO. 2005-022 ML S

STIPULATION DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

NOW COME THE PARTIES HERETO, by and through their respective attorneys of record, and do hereby stipulate and agree that Plaintiff Richard Turchetta's Complaint against Defendant Brink's Incorporated, SHALL BE DISMISSED WITH FULL PREJUDICE, and that

each party shall bear their own costs associated herewith.

Dated: September 23, 2005

STEPHEN T. FANNING, ESQ.
305 South Main Street
Providence, RI 02903
Tel.: (401) 272-8250
Fax: (401) 272-4520

Attorney for Plaintiff
Richard Turchetta

Dated: September 24, 2005

JAMES E. KELLETT, ESQ. (*pro hac vice*)
STAFFORD A. WOODLEY, JR., ESQ. (*pro hac vice*)
King Pagano Harrison
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 223-4000
Fax: (212) 223-4134

-and-

KRISTIN E. RODGERS
MARY DUNN
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903

Attorneys for Defendant Brink's, Incorporated

Dated: September ___, 2005

SO ORDERED

U.S. District Judge
10/11/05

14336